# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEVAN ORIOL,<br><br>           Plaintiff,<br><br>    v.<br><br>LAUREN MOSHI, LLC; LAUREN MOSHI; AND DOES 1–10,<br><br>           Defendants. | **Case No: 2:17-cv-08442-ODW-AGR**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 19) and Federal Rule of Civil Procedure 41(a):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice; and
2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

February 22, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**